IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| VS. | § § | |
| CORNERSTONE WEALTH CORPORATION, INC., d/b/a CREDIT FINANCIAL AND ASSOCIATES and CREDIT FINANCIAL SERVICES, a corporation, and JOHN R. ATCHLEY, JR., individually and as an officer of the corporation, | § § § § § § § § § | Civil Action No. 3:98-CV-0601-D |
| Defendants. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the April 28, 2006 findings and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct and are therefore adopted. Accordingly, plaintiff's March 30, 2006 application for attorney's fees is granted, and plaintiff is awarded the sum of $36,860.55 in attorney's fees under this court's March 3, 2006 memorandum opinion and order holding defendants in civil contempt. It is ordered that defendants pay plaintiff this sum no later than July 5, 2006. If they fail to do so, plaintiff has the right to collect this award as in the case of a civil judgment, using all available legal remedies.

In a May 26, 2006 letter to the court, defendants' counsel asks the court to stay its decision whether to adopt the magistrate judge's findings and recommendation. The court denies the stay request. First, defendants did not request a stay until after the court issued an order addressing defendants' counsel's failure—despite his representation to the court that he would do so—to move

for admission to the Bar of this court or for admission *pro hac vice*. Second, defendants' stay request is presented in the form of an unsworn letter, the material grounds for which have been refuted by the government's opposition response. The court is persuaded that defendants could have filed timely objections to the magistrate judge's April 28, 2006 findings and recommendation.

The clerk of court is directed to docket counsel's May 26, 2006 letter in this civil action (although the reference line refers to a related pending case).

**SO ORDERED**.

June 2, 2006.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE